No. 23,832.

GERTRUDE ALLEN, *Appellant*, v. HENRY C. LONG et al., *Appellees*.

Appeal from Franklin district court; HUGH MEANS, judge. Opinion filed July 8, 1922. Affirmed.

*W. B. Pleasant*, of Ottawa, for the appellant; *M. Caswell Heine*, of Newark, N. J., *I. N. Watson, R. E. Watson, John B. Gage*, and *Henry N. Ess*, all of Kansas City, Mo., of counsel.

*Ralph E. Page*, of Ottawa, for the appellees.

*Per Curiam:* The questions involved in this case are the same as those in *Allen v. Waddle*, just decided (*ante*, p. 690), and upon the authority of that decision this judgment is affirmed.